IN THE UNITED STATES DISTRICT COURT
                                FOR THE DISTRICT OF COLORADO
                                   JUDGE WILEY Y. DANIEL

| Date: | September 3, 2008 | Probation: | Doug Randolph |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

| Criminal Case No: **06-cr-00363-WYD** | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Wayne Campbell |
| Plaintiff, | |
| v. | |
| **4. ASHLEY VALDEZ**, | Peter Schild |
| Defendant. | |

## SENTENCING

**10:50 a.m.**    Court in Session - Defendant present (on-bond)

           **Change of Plea Hearing - Tuesday, April 24, 2007, at 3:00 p.m.**
           **Plea of Guilty - Count six of Indictment**

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

10:50 a.m.    Statement and argument on behalf of Government (Mr. Campbell).

10:51 a.m.    Statement on behalf of Defendant (Mr. Schild).

10:53 a.m.    Statement and argument on behalf of Government (Mr. Campbell).

11:02 a.m.    Statement and argument on behalf of Defendant (Mr. Schild).

11:06 a.m.    Statement by Defendant on his own behalf (Ms. Valdez).

                                        -1-

    Court makes findings.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (#169 - 3/27/08) is **DENIED AS MOOT.**

**ORDERED:** Defendant's Motion for Downward Variance of Sentence to Time Served (#175 - 5/23/08) is **DENIED.**

**ORDERED:** Government's Amended Motion for Departure (#174 - 5/21/08) is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **30** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

(X) The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(X) The defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist. The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant may surrender voluntarily as follows: **Report to the designated institution by noon on the date indicated by the U.S. Bureau of Prisons.**

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Counts One, Three, Five, and Seven of the Indictment (#172 - 5/15/08) is **GRANTED.**

Order Dismissing Counts One, Three, Five, and Seven of the Indictment is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

Judge Wiley Y. Daniel
06-cr-00363-WYD - Sentencing Minutes

**11:17 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:27**